

← **Post** ⋯

**Tricia McLaughlin** ✔
@TriciaOhio

X.com

NOW HIRING DEPORTATION JUDGES
@TheJusticeDept Make decisions with
generational consequences

-Potential full-time remote work
-Salary: $159,951 - $207,500
-70 Nationwide locations

JOIN.JUSTICE.GOV 🇺🇸



DECIDE
AMERICA'S
DESTINY

Post your reply

