Official Website of the Department of Homeland Security

 **U.S. Immigration and Customs Enforcement**

Report Cri

< BACK TO RESULTS

# Facility Page

## Detention Information For:

**PETER FLORES CABALLERO**
**Country of Birth:** El Salvador
**A-Number:** 235084979

## Current Detention Facility:

Call ICE For Details

## ERO Office Information

Family members and legal representatives may be able to obtain additional information about this individual's case by contacting this ERO office:

ERO - Central Islip, NY Sub Office
**Phone Number:** (516) 572-4200

BACK TO SEARCH >

## Related Information

Privacy - Terms

## Helpful Info

Status of a Case

About the Detainee Locator

Brochure

ICE ERO Field Offices

ICE Detention Facilities

Privacy Notice

## External Links

Bureau of Prisons Inmate
Locator



DHS.govUSA.govOIGOpenFOIAMetrics No  Site     Site
                                      Gov              FearMapPolicies
                                      Act        & Plug-
                                                        Ins