**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **PETER FLORES CABALLERO,** ) | CASE NO.  26-697 |
| ) | |
| Petitioner ) | **PETITION FOR WRIT OF HABEAS** |
| ) | **CORPUS UNDER 28 U.S.C. § 2241** |
| vs. ) | **AND COMPLAINT FOR INJUNCTIVE** |
| ) | **AND DECLARATORY RELIEF** |
| **TODD LYONS,** Acting ) | |
| Director, ) | |
| Immigration and Customs ) | |
| Enforcement, **KRISTI** ) | |
| **NOEM,** ) | |
| Secretary of United ) | |
| States Department of ) | |
| Homeland Security, ) | |
| **KENNETH GENALO,** ) | |
| Immigration and Customs ) | |
| Enforcement, New York ) | |
| Field Office Director, ) | |
| **ANTHONY J. LaROCCO,** ) | |
| Nassau County Sheriff, ) | |
| **PAMELA BONDI,** United ) | |
| States Attorney General, ) | |
| ) | |
| Respondents. | |

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Petitioner hereby moves the Court for emergency relief in the form of an Order to Show Cause as to why Respondents should not release Petitioner from their custody with no conditions of release, such as GPS monitoring, that would constitute de facto custody, or to provide Petitioner with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) with the burden of proof on the

Government to prove by clear and convincing evidence that he is a flight risk or danger to the community.

Pursuant to Rule 65(b)(1), Petitioner also seeks a temporary restraining order for the same relief described in the prior paragraph and enjoining the Respondents from relocating Petitioner outside of the Eastern District of Newark pending final resolution of this case.

This application is supported by the Memorandum of Points and Authorities, exhibits, as well as any additional submissions that may be considered by the Court.

Respectfully submitted,

Date: February 7, 2026

By:/s/ Eric M. Mark
Eric M. Mark
Law Office of Eric M. Mark
96 Summer Ave., Fl. 1
Newark, NJ 07104
Tel: (973) 306-4246