## Law Office of Eric M. Mark



Phone: 973-306-4246

96 Summer Ave., Fl. 1                                    Fax:     973-339-3404

Newark, NJ 07104                                        EricM@EricMarkLaw.com

Associate Attorney Marisol Conde-Hernandez, Esq. (MarisolCH@EricMarkLaw.com)

Hon. Gary R. Brown, U.S.D.J.                            February 9, 2026
By ECF

Re:    Peter Flores Caballero v. Todd Lyons, et. al.
       Docket No.: 2:26-cv-00697

Dear Judge Brown,

Firstly, I thank the Court for its prompt attention to this matter. I am writing to advise the Court that the Petitioner does need an interpreter. We are most likely unable to obtain a court-certified interpreter by tomorrow, but Ms. Marisol Conde-Hernandez, who is an attorney in my office, is fluent in Spanish and can be present to interpreter for Mr. Flores. If we are able to obtain a different interpreter prior to the hearing, we will do so.

Also, I am writing to request to appear by Zoom or telephone. I am presently in Mexico and cannot appear in person. Ms. Conde-Hernandez is not admitted in the EDNY. Mr. Flores's immigration attorney, Ms. Lindsey Gauzza, is admitted in the EDNY and will be entering an appearance to stand in on my behalf in the courtroom, but, if permitted by the Court, I would also like to be present remotely.

Lastly, we do intend to submit documents relating to the bail determination as soon as possible, and unless instructed otherwise by the Court, we will do so by ECF.

Respectfully submitted,

/s/ Eric M. Mark

Eric M. Mark, Esq.