## Law Office of Eric M. Mark

Phone: 973-306-4246

96 Summer Ave., Fl. 1                                              Fax:     973-339-3404

Newark, NJ 07104                                              EricM@EricMarkLaw.com

Associate Attorney Marisol Conde-Hernandez, Esq. (MarisolCH@EricMarkLaw.com)

Hon. Gary R. Brown, U.S.D.J.                              March 2, 2026
By ECF

Re:    Peter Flores Caballero v. Todd Lyons, et. al.
       Docket No.: 2:26-cv-00697

Dear Judge Brown,

I write to confirm that Petitioner submitted a memorandum of law with the TRO, ECF Document 2, and relies upon that brief and the argument in the Petition, ECF Document 1, at this time.

Respectfully submitted,

/s/ Eric M. Mark

Eric M. Mark, Esq.