UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
PETER FLORES CABALLERO,

                                    Petitioner,

                v.

TODD LYONS, Acting Director, Immigration and
Customs Enforcement; MARKWAYNE MULLIN,
Secretary of United States Department of Homeland
Security; KENNETH GENALO, Immigration and
Customs Enforcement, New York Field Office Director;
ANTHONY J. LaROCCO, Nassau County Sheriff;
TODD BLANCHE, Acting United States Attorney
General,

                                    Respondents.
--------------------------------------------------------------------x

**STIPULATION AND ORDER
OF DISMISSAL WITHOUT
PREJUDICE**

Civil Action No.
26-cv-0697 (GRB)

**FILED
CLERK**

5/5/2026 11:21 am

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

        IT IS HEREBY STIPULATED AND AGREED, by and between the Petitioner Peter

Flores Caballero and Respondents Todd Lyons, Acting Director of Immigration and Customs

Enforcement ("ICE"); Markwayne Mullin[1], Secretary of the United States Department of

Homeland Security; Kenneth Genalo, ICE New York Field Office Director; and Todd Blanche,[2]

Acting United States Attorney General (collectively, "Federal Respondents"), through their

undersigned counsel that:

        1.        This action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P.

                41(a)(1)(A)(ii).

---

        [1] Under Fed. R. Civ. P. 25(d), the successor of a party who is a public official is
automatically substituted as the party to the suit. Therefore, Markwayne Mullin has been
substituted for former Secretary Kristi Noem.

        [2] Under Fed. R. Civ. P. 25(d), the successor of a party who is a public official is
automatically substituted as the party to the suit. Therefore, Todd Blanche has been substituted for
former Attorney General Pamela Bondi.

2.  Petitioner's counsel reserves the right to pursue eligible attorneys' costs, expenses, and fees pursuant to the requirements outlined under Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) & 5 U.S.C. § 504 *et seq.*

3.  The Clerk of the Court shall enter a judgment in accordance with this Stipulation and Order.

Dated: Newark, New Jersey
May 3, 2026

LAW OFFICE OF ERIC M. MARK
*Counsel for Petitioner*
96 Sumner Avenue, Floor 1
Newark, New Jersey 07104

By:      /s/  *Eric M. Mark*
Eric M. Mark, Esq.
(973) 306-4246
EricM@ericmarklaw.com

Dated: Central Islip, New York
May 4, 2026

JOSEPH NOCELLA, JR
United States Attorney
*Counsel for Federal Respondents*
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

By:      MARY DICKMAN   Digitally signed by MARY DICKMAN
Date: 2026.05.04 09:36:43 -04'00'
Mary M. Dickman
Assistant U.S. Attorney
(631) 715-7863
mary.dickman@usdoj.gov

**So Ordered**

May  5 , 2026

    /s/ *Gary R. Brown*
HONORABLE GARY R.
BROWN U.S. District Judge
E.D.N.Y.